UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>    Plaintiff,<br><br>v.<br><br>LONA, *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-0534-RCJ-CLB<br><br>**ORDER** |

On April 29, 2021, the Court stayed this matter for 90 days, until July 28, 2021, to provide the parties an opportunity to settle and further ordered the Attorney General to file a 90-day status report. ECF No. 3. On June 16, 2021, the Court set an Inmate Early Mediation Conference for August 31, 2021. ECF No. 7.

Due to the scheduling of the Inmate Early Mediation Conference, the Court will extend the stay and the date by which the Attorney General must file the status report until Friday, September 3, 2021. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

Accordingly,

THE COURT **ORDERS** that, to continue to provide the parties the opportunity to settle their dispute, the Stay in this matter is extended to Friday, September 3, 2021.

THE COURT FURTHER **ORDERS** that, no later than Friday, September 3, 2021, the Office of the Attorney General must file the status report using the report form

attached to the Court's Screening Order (ECF No. 3) regarding the results of the stay, even if a stipulation for dismissal is entered prior to the end of the stay.

DATED this 9th day of July 2021.

_____
United States Magistrate Judge

2