UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BURNS,<br><br>   Plaintiff,<br><br>v.<br><br>LONA, *et al.*,<br><br>   Defendants. | Case No.: 3:20-CV-00534-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 29) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge, Carla Baldwin, (ECF No. 29[1]) entered on November 4, 2022, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 20).

  This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

IT IS HEREBY ORDERED that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 29) is **ADOPTED and ACCEPTED**.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (ECF No. 20) is **GRANTED**.

IT IS FURTHER ORDERED that the Clerk of the Court will **ENTER JUDGMENT** in favor of Defendants and **CLOSE** this case.

**IT IS SO ORDERED**.

Dated this 22nd day of November, 2022.

                                   ROBERT C. JONES
                                   United States District Judge